**Opinion filed January 26, 2017**



### In The

# Eleventh Court of Appeals

_____

## No. 11-16-00345-CV

_____

## AL-YAHNAI HAWKINS, Appellant

## V.

## YAHDIA HAWKINS, Appellee

**On Appeal from the 42nd District Court**

**Callahan County, Texas**

**Trial Court Cause No. 20731**

## M E M O R A N D U M   O P I N I O N

Al-Yahnai Hawkins filed a notice of appeal on December 1, 2016. When the appeal was filed, the clerk of this court requested that Appellant forward the $205 filing fee and a docketing statement to this court on or before December 12, 2016. We notified Appellant by letter dated January 3, 2017, that the filing fee and docketing statement were past due. In that letter, we directed Appellant to pay the $205 filing fee and file the docketing statement on or before January 10, 2017, and

we informed Appellant that failure to do so "**may result in dismissal of the case**." As of this date, Appellant has not remitted the filing fee or the docketing statement.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

January 26, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.